[Civil No. 551.]

J. F. MEADOR, Appellant, v. ZENOS CO-OPERATIVE MERCANTILE AND MANUFACTURING INSTI-TUTE, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.   A. C. Baker, Judge.

W. H. Stilwell, for Appellants.

Morton & Sherman, Damron & Crenshaw, for Appellee.

February 23, 1897.   Affirmed.